IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TYRA RULEVISH,,**

    **Plaintiff,**

**-vs-**                                              **No.  06-CV-211 DRH**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came to hearing before the Court on a Report ans Recommendation from United States Magistrate Judge Donald G. Wilkerson.

**IT IS ORDERED AND ADJUDGED** that the Report is adopted in its entirety. The decision of the agency is **REVERSED** and this case is **REMANDED** to the agency for further review.

**NORBERT G. JAWORSKI, CLERK**

September 6, 2007.                              By: s/Patricia Brown
                                                                          Deputy Clerk

APPROVED: /s/     DavidRHerndon
                      **U.S. DISTRICT JUDGE**