IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TYRA RULEVISH,**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF**
**SOCIAL SECURITY,**

**Defendant.**                                                   No. 06-CV-0211-DRH

## ORDER

**HERNDON, Chief Judge:**

      Now before the Court is Plaintiff's October 10, 2007 motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Doc. 35). Specifically, Plaintiff's attorney requests fees in the amount of $2,437.50. As of this date, Defendant has not responded to the motion.[1] Thus, the Court considers the failure to respond an admission of the merits of the motion. Accordingly, the Court **GRANTS** the motion. The Court **AWARDS** Plaintiff attorney's fees in the amount of $2,437.50. The Commissioner of the Social Security Administration shall make this award payable to Peter C. Drummond, Plaintiff's attorney.

      **IT IS SO ORDERED.**

      Signed this 2nd day of November, 2007.

                                                          /s/      DavidRHerndon
                                                            Chief Judge
                                                            United States District Court

---

[1] **Local Rule 7.1(g)** provides in part: "A party opposing such a motion shall have **ten (10) days** after service of the motion to file a written response. Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion."